# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LARRY J. HAWKINS**                                                                                **PLAINTIFF**
**ADC #127294**

**VS.**                                      **4:18-CV-00336-BRW**

**JACKSONVILLE POLICE
DEPARTMENT,** *et al*.                                                    **DEFENDANTS**

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED, this 21st day of May, 2018.

                                                         /s/ Billy Roy Wilson _____
                                                          UNITED STATES DISTRICT JUDGE